PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 MAY 17 PM 2:56

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.  } Crim. No. 3:08CR00001-9

Dennis Wilcher

On September 12, 2014, the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Tony Graham
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _17th_ day of _May_, 2018.

_____
Dudley H. Bowen, Jr.
United States District Judge